Fill in this information to identify the case:

United States Bankruptcy Court for the:

_____ Central District of California _____

Case number (if known): _____    Chapter ___7___

☐ Check if this is an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | |
|---|---|
| **1. Debtor's name** | Bestiale LLC |

| | |
|---|---|
| **2. All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as names* | Bestiale |

| | |
|---|---|
| **3. Debtor's federal Employer Identification Number (EIN)** | 8 1 – 3 3 1 8 0 4 6 |

**4. Debtor's address**

**Principal place of business**

5570 Sepulveda Blvd.
Number          Street

Culver City, CA 90230
City                          State      ZIP Code

Los Angeles
County

**Mailing address, if different from principal place of business**

Number          Street

P.O. Box

City                          State      ZIP Code

**Location of principal assets, if different from principal place of business**

Number          Street

City                          State      ZIP Code

**5. Debtor's website (URL)** _____

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor      Bestiale LLC
            _____          Case number (if known) _____
            Name

| | |
|---|---|
| **7. Describe debtor's business** | **A.** *Check one:* |

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. §101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. §781(3))

☑ None of the above

**B.** *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

**C.** NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes .
    8    1    1    1

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first subbox. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box

*Check one:*

☑ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes.  District _____  When _____  Case number _____
                                              MM / DD / YYYY

        District _____  When _____  Case number _____
                                              MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes.  Debtor _____  Relationship _____

        District _____  When _____
                                                              MM / DD / YYYY

        Case number, if known _____

Debtor    Bestiale LLC
_____
        Name

Case number *(if known)* _____

---

**11. Why is the case filed in *this district?***

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

| | |
|---|---|
| Number | Street |

_____

| | | |
|---|---|---|
| City | State | ZIP Code |

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____

        Contact name _____

        Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds?**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49      ☐ 50-99      ☐ 1,000-5,000    ☐ 5,001-10,000    ☐ 25,001-50,000    ☐ 50,000-100,000
☐ 100-199   ☐ 200-999    ☐ 10,001-25,000                    ☐ More than 100,000

**15. Estimated assets**

☑ $0-$50,000              ☐ $1,000,001-$10 million       ☐ $500,000,001-$1 billion
☐ $50,001-$100,000        ☐ $10,000,001-$50 million      ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000       ☐ $50,000,001-$100 million     ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million     ☐ $100,000,001-$500 million    ☐ More than $50 billion

---

Debtor    Bestiale LLC
_____    Case number (if known) _____
Name

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☑ $500,001-$1 million

- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million

- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

---

## Request for Relief, Declaration, and Signatures

**WARNING --**    Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

- ■ I have been authorized to file this petition on behalf of the debtor.

- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    5/17/2023
             MM/ DD/ YYYY

X _____          Grigor Georgiev
Signature of authorized representative of debtor     Printed name

Title _____ Member / CEO _____

**18. Signature of attorney**

X _____     Date  05/17/2023
Signature of attorney for debtor                MM/ DD/ YYYY

Gary Polston
Printed name

Polston Law
Firm name

24031 El Toro Road, Suite 260
Number        Street

Laguna Hills                              CA          92653
City                                      State       ZIP Code

(714) 532-3901                            gary@polstonlaw.com
Contact phone                             Email address

219992                                    CA
Bar number                                State

Official Form 201A (12/15)

*[If debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

*[Caption as in Form 416B]*

## Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is

2. The following financial data is the latest available information and refers to the debtor's condition on

| | |
|---|---|
| a. Total assets | $14,700.00 |
| b. Total debts (including debts listed in 2.c., below) | $557,167.56 |
| c. Debt securities held by more than 500 holders | |

Approximate number of holders:

secured ☐  unsecured ☐  subordinated ☐
secured ☐  unsecured ☐  subordinated ☐
secured ☐  unsecured ☐  subordinated ☐
secured ☐  unsecured ☐  subordinated ☐
secured ☐  unsecured ☐  subordinated ☐

d. Number of shares of preferred stock
e. Number of shares common stock

Comments, if any:

3. Brief description of debtor's business       Automotive repair shop

4. List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:

Fill in this information to identify the case

Debtor name _____ Bestiale LLC _____

United States Bankruptcy Court for the:

Central District of California

Case number (if known): _____

☐ Check if this is an
amended filing

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)*

☑ *Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)*

☑ *Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)*

☑ *Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)*

☑ *Schedule H: Codebtors (Official Form 206H)*

☑ *A Summary of Assets and Liabilities for Non-Individuals (Official Form 206A-Summary)*

☐ Amended Schedule _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  05/17/2023
        MM/ DD/ YYYY

X _____
Signature of individual signing on behalf of debtor

 Grigor Georgiev
Printed name

 Member / CEO
Position or relationship to debtor

Fill in this information to identify the case:

Debtor name _____ Bestiale LLC _____

United States Bankruptcy Court for the:
_____ Central District of California _____

Case number (if known): _____

☐ Check if this is an
amended filing

## Official Form 206A/B

## Schedule A/B: Assets — Real and Personal Property                12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:  Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**
   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand** _____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1 US Bank | Checking account | | $0.00 |

   **Additional Page Total** - *See continuation page for additional entries*                ($1,000.00)

4. **Other cash equivalents** *(Identify all)*
   **None**

5. **Total of Part 1**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.     ($1,000.00)

### Part 2:  Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**
   ☐ No. Go to Part 3.
   ☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

| 7.1 66 LLC | $7,500.00 |
|---|---|

Debtor    __Bestiale LLC_____    Case number *(if known)*_____
Name

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
    Description, including name of holder of prepayment

    **None**

9.  **Total of Part 2**
    Add lines 7 through 8 (including amounts on any additional sheets). Copy the total to line 81.            __$7,500.00__

---

**Part 3:    Accounts receivable**

---

10. **Does the debtor have any accounts receivable?**
    ☑ No. Go to Part 4.
    ☐ Yes. Fill in the information below.

    |  | Current value of debtor's interest |
    |---|---|

11. **Accounts Receivable**

    11a. 90 days old or less:    _____ - _____    = …… →    _____
                           face amount           doubtful or uncollectible accounts

    11b. Over 90 days old:    _____ - _____    = …… →    _____
                           face amount           doubtful or uncollectible accounts

12. **Total of Part 3**
    Current value on lines 11a + 11b = line 12. Copy the total to line 82.            __$0.00__

---

**Part 4:    Investments**

---

13. **Does the debtor own any investments?**
    ☑ No. Go to Part 5.
    ☐ Yes. Fill in the information below.

    |  | Valuation method used for current value | Current value of debtor's interest |
    |---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**
    Name of fund or stock:

    **None**

15. **Non-publicly traded stock and interests in incorporated and unincorporated
    businesses, including any interest in an LLC, partnership, or joint venture**
    Name of fund or stock:    % of
                                  ownership:

    **None**

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable
    instruments not included in Part 1**
    Describe:

Debtor    __Bestiale LLC__                                                   Case number *(if known)* _____
      Name

None

17.  **Total of Part 4**

Add lines 14 through 16 (including any additional sheets). Copy the total to line 83.                    $0.00
_____

| **Part 5:** | **Inventory, excluding agriculture assets** |
|---|---|

18.  **Does the debtor own any inventory (excluding agriculture assets)?**
☐ No. Go to Part 6.
☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

19.  **Raw materials**

None

20.  **Work in progress**

None

21.  **Finished goods, including goods held for resale**

None

22.  **Other inventory or supplies**

22.1 __Miscellaneous Parts__      _____    (Unknown)   _____    $4,000.00
                    MM / DD / YYYY

23.  **Total of Part 5**

Add lines 19 through 22 (including any additional sheets). Copy the total to line 84.                    $4,000.00

24.  **Is any of the property listed in Part 5 perishable?**
☑ No
☐ Yes

25.  **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes

26.  **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

| **Part 6:** | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

27.  **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**
☑ No. Go to Part 7.
☐ Yes. Fill in the information below.

Debtor    __Bestiale LLC__                                    Case number *(if known)* _____
          Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

28.  **Crops — either planted or harvested**

  None

29.  **Farm animals** *Examples:* Livestock, poultry, farm-raised fish

  None

30.  **Farm machinery and equipment** (Other than titled motor vehicles)

  None

31.  **Farm and fishing supplies, chemicals, and feed**

  None

32.  **Other farming and fishing-related property not already listed in Part 6**

  None

33.  **Total of Part 6**
  Add lines 28 through 32. Copy the total to line 85.                                              $0.00

34.  **Is the debtor a member of an agricultural cooperative?**
  ☑ No
  ☐ Yes. Is any of the debtor's property stored at the cooperative?
       ☐ No
       ☐ Yes

35.  **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
  ☑ No
  ☐ Yes

36.  **Is a depreciation schedule available for any of the property listed in Part 6?**
  ☑ No
  ☐ Yes

37.  **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
  ☑ No
  ☐ Yes

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

38.  **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**
  ☐ No. Go to Part 8.
  ☑ Yes. Fill in the information below.

Debtor    __Bestiale LLC__                                        Case number *(if known)* _____
            Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.** Office furniture | | | |
| 39.1 __Office Furniture__ | __(Unknown)__ | | __$200.00__ |
| **40.** Office fixtures | | | |
| None | | | |
| **41.** Office equipment, including all computer equipment and communication systems equipment and software | | | |
| 41.1 __Specialty Auto Tools__ | __(Unknown)__ | | __$3,000.00__ |
| **42.** Collectibles *Examples*: Antiques and figurines; paintings, prints or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| None | | | |
| **43.** Total of Part 7 Add lines 39 through 42. Copy the total to line 86. | | | __$3,200.00__ |

**44.** Is a depreciation schedule available for any of the property listed in Part 7?
☑ No
☐ Yes

**45.** Has any of the property listed in Part 7 been appraised by a professional within the last year?
☑ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46.** Does the debtor own or lease any machinery, equipment, or vehicles?
☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.** Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles | | | |
| None | | | |
| **48.** Watercraft, trailers, motors, and related accessories *Examples*: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |

Debtor    __Bestiale LLC_____    Case number *(if known)* _____
    Name

None

49. **Aircraft and accessories**

    None

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

    None

51. **Total of Part 8**

    Add lines 47 through 50. Copy the total to line 87.                                          _____ $0.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ☑ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

## Part 9: Real Property

54. **Does the debtor own or lease any real property?**
    ☑ No. Go to Part 10.
    ☐ Yes. Fill in the information below.

| General description<br><br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has interest**

    None

56. **Total of Part 9**

    Add the current value on lines 55.1 through 55.3 and entries from any addition sheets. Copy the total to line 88.    _____ $0.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
    ☑ No
    ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

## Part 10: Intangibles and Intellectual Property

Debtor    __Bestiale LLC__                                                Case number *(if known)* _____
       Name

59. **Does the debtor have any interests in intangibles or intellectual property?**
☐ No. Go to Part 11.
☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

60. **Patents, copyrights, trademarks, and trade secrets**

     None

61. **Internet domain names and websites**

     None

62. **Licenses, franchises, and royalties**

     None

63. **Customer lists, mailing lists, or other compilations**

     63.1 _Customer List_ _____    (Unknown) _____ _____ $0.00

64. **Other intangibles, or intellectual property**

     None

65. **Goodwill**

     None

66. **Total of Part 10**

     Add lines 60 through 65. Copy the total to line 89.      _____ $0.00

67. **Do your lists or records include personally identifiable information of customers?** (as defined in 11 U.S.C. §§ 101(41A) and 107)
☐ No
☑ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☑ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
☑ No. Go to Part 12.
☐ Yes. Fill in the information below.

Debtor    __Bestiale LLC_____    Case number *(if known)* _____
　　　　　Name

|  |  | Current value of debtor's interest |
|---|---|---|

71.  **Notes receivable**
　　　Description (include name of obligor)

　　　None

72.  **Tax refunds and unused net operating losses (NOLs)**
　　　Description (for example, federal, state, local)

　　　None

73.  **Interests in insurance policies or annuities**

　　　None

74.  **Causes of action against third parties (whether or not a lawsuit has been filed)**

　　　None

75.  **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

　　　None

76.  **Trusts, equitable or future interests in property**

　　　None

77.  **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

　　　None

78.  **Total of Part 11**
　　　Add lines 71 through 77. Copy the total to line 90.                                    $0.00

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
　　　☑ No
　　　☐ Yes

Debtor   __Bestiale LLC_____       Case number *(if known)* _____
          Name

| **Part 12:** | **Summary** |

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | ($1,000.00) | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $7,500.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $4,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; collectibles.** *Copy line 43, Part 7.* | $3,200.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9*............................................ | → | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total. Add lines 80 through 90 for each column......** 91a. | $13,700.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92 ................................... | | $13,700.00 |

Debtor  __Bestiale LLC_____     Case number *(if known)* _____
          Name

## Additional Page

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.  **Checking, savings, money market, or financial brokerage accounts - *Continued***

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.2  Bank of America | Checking account | | ($1,000.00) |
| 3.3  US Bank | Savings account | | $0.00 |
| 3.4  Bank of America | Savings account | | $0.00 |

Fill in this information to identify the case:

Debtor name ___Bestiale LLC___

United States Bankruptcy Court for the: ___Central___ District of ___California___
                                                                                      (State)

Case number (if known): _____

☐ Check if this is an
amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

## Part 1:    List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **Creditor's name**<br>Funding Circle<br><br>**Creditor's mailing address**<br>707 17th St. 2200<br><br>Denver, CO 80202<br><br>**Creditor's email address, if known**<br>_____ | **Describe debtor's property that is subject to a lien**<br>Miscellaneous Parts, Specialty Auto Tools<br><br>**Describe the lien**<br>_____ | $20,100.00 | $7,000.00 |

**Date debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   $20,100.00

**Fill in this information to identify the case:**

Debtor name _____ Bestiale LLC _____

United States Bankruptcy Court for the:

_____ Central District of California _____

Case number (if known): _____

☐ Check if this is an
amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases*(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:** List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)

   ☑ No. Go to Part 2.

   ☐ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address

_____

_____

_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)** ___

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☐ No

☐ Yes

_____    _____

**2.2** Priority creditor's name and mailing address

_____

_____

_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)** ___

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☐ No

☐ Yes

_____    _____

Debtor    **Bestiale LLC**
_____  Case number *(if known)* _____
Name

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |

3.    List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |

**3.1** | **Nonpriority creditor's name and mailing address**
**66 LLC**

c/o Jacob Azizi / Ara Tchaghlassian

4490 Ayers Ave

Los Angeles, CA 90058

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$264,900.00

---

**3.2** | **Nonpriority creditor's name and mailing address**
**American Express**

PO Box Box 981535

El Paso, TX 79998

Date or dates debt was incurred    _____

Last 4 digits of account number    1  0  0  7

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$3,654.00

---

**3.3** | **Nonpriority creditor's name and mailing address**
**Bank of America**

100 North Tyron St.

Charlotte, NC 28255

Date or dates debt was incurred    _____

Last 4 digits of account number    2  4  7  0

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$15,384.00

---

**3.4** | **Nonpriority creditor's name and mailing address**
**Bank of America**

100 North Tyron St.

Charlotte, NC 28255

Date or dates debt was incurred    _____

Last 4 digits of account number    2  9  2  8

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$28,540.00

Debtor    __Bestiale LLC_____    Case number *(if known)* _____
              Name

| Part 2: | Additional Page |
|---|---|

**3.5** Nonpriority creditor's name and mailing address

Biberk

1314 Douglas St. #1400

Omaha, NE 68102

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

____unknown_____

**3.6** Nonpriority creditor's name and mailing address

Chase

PO Box Box 6185

Westerville, OH 43086

Date or dates debt was incurred    _____

Last 4 digits of account number    0  2  9  2

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$17,550.00

**3.7** Nonpriority creditor's name and mailing address

Culver City Trash

9770 Culver Blvd

Culver City, CA 90232

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$200.00

**3.8** Nonpriority creditor's name and mailing address

Frontier

401 Merritt Road

Norwalk, CT 06851

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$54.99

Debtor    __Bestiale LLC_____    Case number *(if known)* _____
      Name

| Part 2: | Additional Page |

### 3.9 Nonpriority creditor's name and mailing address

Golden State Water

630 E. Foothill

San Dimas, CA 91773

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$56.96

---

### 3.10 Nonpriority creditor's name and mailing address

Grigor Stoyanov Gorgiev

2011 Preuss St

Los Angeles, CA 90034

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __loan to company__

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$96,000.00

---

### 3.11 Nonpriority creditor's name and mailing address

Kukui

319 E. Warm Springs Road 200

Omaha, NE 68102

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$1,700.00

---

### 3.12 Nonpriority creditor's name and mailing address

Robert Ferraro

6814 Suva St.

Bell Gardens, CA 90201

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$2,530.00

| Debtor | Bestiale LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

## Part 2: Additional Page

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $57,300.00 |
|---|---|---|---|

**SBA EIDL**

**409 3rd St. SW**

**Washington, DC 20416**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Is the claim subject to offset?

Last 4 digits of account number   7  8  0  6

☑ No
☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $166.61 |
|---|---|---|---|

**Southern California Edison**

**4175 S. Laspina**

**Tulare, CA 93274**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Is the claim subject to offset?

Last 4 digits of account number   __  __  __  __

☑ No
☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,633.00 |
|---|---|---|---|

**US Bank**

**200 South Sixth St.**

**Minneapolis, MN 55401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Is the claim subject to offset?

Last 4 digits of account number   4  7  3  3

☑ No
☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,382.00 |
|---|---|---|---|

**US Bank**

**200 South Sixth St.**

**Minneapolis, MN 55401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Is the claim subject to offset?

Last 4 digits of account number   0  6  5  7

☑ No
☐ Yes

---

Debtor    **Bestiale LLC**
          Name                                                          Case number *(if known)*

---

**Part 2:** **Additional Page**

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,718.00 |
|---|---|---|---|

**3.17** Nonpriority creditor's name and mailing address

US Bank

200 South Sixth St.

Minneapolis, MN 55401

Date or dates debt was incurred _____

Last 4 digits of account number   0  7  9  8

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$1,718.00

---

**3.18** Nonpriority creditor's name and mailing address

US Bank

200 South Sixth St.

Minneapolis, MN 55401

Date or dates debt was incurred _____

Last 4 digits of account number   0  7  9  8

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$24,100.00

---

**3.19** Nonpriority creditor's name and mailing address

WordPac

37137 Hickory St

Newark, CA 94560

Date or dates debt was incurred _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$198.00

---

| Debtor | Bestiale LLC | Case number *(if known)* |
|--------|--------------|--------------------------|
|        | Name         |                          |

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $0.00 |
| 5b. **Total claims from Part 2** | 5b.   **+** | $537,067.56 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $537,067.56 |

Fill in this information to identify the case:

Debtor name _____ Bestiale LLC _____

United States Bankruptcy Court for the:
_____ Central District of California _____

Case number (if known): _____ Chapter __7__

☐ Check if this is an
amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases          12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1.  Does the debtor have any executory contracts or unexpired leases?

    ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

    ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest | 66 LLC |
| Automotive shop | c/o Jacob Azizi |
| Contract to be REJECTED | 4490 Ayers Ave |
| State the term remaining    28 months | Los Angeles, CA 90058 |
| List the contract number of any government contract | |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |

Fill in this information to identify the case:

Debtor name ___Bestiale LLC___

United States Bankruptcy Court for the: ___**Central**___ District of ___**California**___
(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206H

# Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** / **Mailing address** | | **Name** | Check all schedules that apply: |
| 2.1 _____ <br> Street _____ <br> _____ <br> City  State  ZIP Code | | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.2 _____ <br> Street _____ <br> _____ <br> City  State  ZIP Code | | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.3 _____ <br> Street _____ <br> _____ <br> City  State  ZIP Code | | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.4 _____ <br> Street _____ <br> _____ <br> City  State  ZIP Code | | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.5 _____ <br> Street _____ <br> _____ <br> City  State  ZIP Code | | _____ | ☐ D <br> ☐ E/F <br> ☐ G |

Official Form 206H                         Schedule H: Codebtors                         page 1 of __2__

Debtor      Bestiale LLC _____      Case number (if known) _____
            Name

### Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.6 | _____ | _____ Street _____ _____ City      State      ZIP Code | _____ | ☐ D ☐ E/F ☐ G |

Fill in this information to identify the case:

Debtor name _____ Bestiale LLC _____

United States Bankruptcy Court for the:
_____ Central District of California _____

Case number (if known): _____    Chapter ___7___

☐ Check if this is an
amended filing

## Official Form 206Sum
# Summary of Assets and Liabilities for Non-Individuals

12/15

### Part 1:   Summary of Assets

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

   1a. **Real Property:**
   Copy line 88 from *Schedule A/B*.................................................................

   $0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*............................................................

   $13,700.00

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*...............................................................

   $13,700.00

### Part 2:   Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................

   $20,100.00

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.........................................................

   $0.00

   3b. **Total amount of claims of non-priority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*....................................

   + $537,067.56

4. Total liabilities....................................................................................................
   Lines 2 + 3a + 3b

   $557,167.56

Fill in this information to identify the case:

Debtor name _____ Bestiale LLC _____

United States Bankruptcy Court for the:
_____ Central District of California _____

Case number (if known): _____

☐ Check if this is an
amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

## Part 1:  Income

**1.   Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|
| From the beginning of the fiscal year to filing date: | From 01/01/2023 to Filing date<br>MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | (23,711.92)<br>$0.00 |
| For prior year: | From 01/01/2022 to 12/31/2022<br>MM/ DD/ YYYY     MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | (65,948.37)<br>$0.00 |
| For the year before that: | From 01/01/2021 to 12/31/2021<br>MM/ DD/ YYYY     MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | (44,164.86)<br>$0.00 |

**2.   Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|
| From the beginning of the fiscal year to filing date: | From 01/01/2023 to Filing date<br>MM/ DD/ YYYY | _____ | _____ |
| For prior year: | From 01/01/2022 to 12/31/2022<br>MM/ DD/ YYYY     MM/ DD/ YYYY | _____ | _____ |
| For the year before that: | From 01/01/2021 to 12/31/2021<br>MM/ DD/ YYYY     MM/ DD/ YYYY | _____ | _____ |

| Debtor | Bestiale LLC | Case number (if known) _____ |
|---|---|---|
| | Name | |

## Part 2: List Certain Transfers Made Before Filing for Bankruptcy

**3.  Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. _____<br><br>Creditor's name<br>_____<br><br>Street<br>_____<br><br>City          State      ZIP Code | _____<br><br>_____ | _____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

**4.  Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.  Georgiev, Grigor Stoyanov<br>Creditor's name<br>2011 Preuss St.<br>Street<br><br>Los Angeles, CA 90034<br>City          State      ZIP Code<br>**Relationship to debtor**<br>Owner | 11/1/2022 | $2,410.00 | Owner draw |
| 4.2.  Illyana Georgiev<br>Creditor's name<br>2011 Preuss St.<br>Street<br><br>Los Angeles, CA 90034<br>City          State      ZIP Code<br>**Relationship to debtor**<br>Owner's spouse | 11/1/2022 | $1,250.00 | salary |

Debtor   Bestiale LLC
      Name                                                        Case number *(if known)*

4.3. Georgiev, Grigor Stoyanov     12/1/2022     $6,990.00     Owner draw
      Creditor's name
      2011 Preuss St.
      Street

      Los Angeles, CA 90034
      City         State     ZIP Code

      **Relationship to debtor**

      Owner

4.4. Georgiev, Grigor Stoyanov     01/01/2023     $8,400.00     Owner draw
      Creditor's name
      2011 Preuss St.
      Street

      Los Angeles, CA 90034
      City         State     ZIP Code

      **Relationship to debtor**

      Owner

4.5. Georgiev, Grigor Stoyanov     2/1/2023     $7,830.00     Owner draw
      Creditor's name
      2011 Preuss St.
      Street

      Los Angeles, CA 90034
      City         State     ZIP Code

      **Relationship to debtor**

      Owner

4.6. Georgiev, Grigor Stoyanov     03/1/2023     $10,715.00     Owner draw
      Creditor's name
      2011 Preuss St.
      Street

      Los Angeles, CA 90034
      City         State     ZIP Code

      **Relationship to debtor**

      Owner

4.7. Georgiev, Illyana     12/1/2022     $2,770.00     salary
      Creditor's name
      2011 Pruess
      Street

      Los Angeles, CA 90034
      City         State     ZIP Code

      **Relationship to debtor**

      Owner's spouse

Debtor    Bestiale LLC
         _____                                    Case number (if known) _____
         Name

4.8.   Georgiev, Illyana                      01/01/2023          $2,780.00       salary
       Creditor's name

       2011 Pruess
       Street

       _____                                    _____

       Los Angeles, CA 90034                                          _____
       City              State    ZIP Code

       | Relationship to debtor |

       Owner's spouse

4.9.   Georgiev, Illyana                      02/01/2023          $2,780.00       salary
       Creditor's name

       2011 Pruess
       Street

       _____                                    _____

       Los Angeles, CA 90034                                          _____
       City              State    ZIP Code

       | Relationship to debtor |

       Owner's spouse

4.10.  Georgiev, Illyana                      03/01/2023          $6,500.00       salary
       Creditor's name

       2011 Pruess
       Street

       _____                                    _____

       Los Angeles, CA 90034                                          _____
       City              State    ZIP Code

       | Relationship to debtor |

       Owner's spouse

5.  **Repossessions, foreclosures, and returns**
    List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

    ☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1. _____ <br> Creditor's name <br><br> Street <br><br> _____ <br> City          State    ZIP Code | _____ | _____ | _____ |

6.  **Setoffs**
    List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

    ☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

Debtor    Bestiale LLC _____    Case number *(if known)* _____
          Name

6.1. _____    _____    _____    _____    ____
     Creditor's name

                                  XXXX– __ __ __
     _____
     Street

     _____
     _____
     City        State    ZIP Code

## Part 3:  Legal Actions or Assignments

**7.    Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☑ None

| 7.1. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | _____ | _____ | | ☐ Pending |
| | | | Name | ☐ On appeal |
| | **Case number** | | Street | ☐ Concluded |
| | _____ | | _____ | |
| | | | City     State     ZIP Code | |

**8.    Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| 8.1. | Custodian's name and address | Description of the property | Value |
|---|---|---|---|
| | Custodian's name | | |
| | _____ | **Case title** | **Court name and address** |
| | Street | _____ | Name |
| | _____ | | Street |
| | City     State     ZIP Code | **Case number** | |
| | | _____ | City     State     ZIP Code |
| | | **Date of order or assignment** | |
| | | _____ | |

## Part 4:  Certain Gifts and Charitable Contributions

**9.    List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

Debtor __Bestiale LLC_____    Case number *(if known)* _____
        Name

| 9.1. Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

Recipient's name _____

Street _____

_____
City                State        ZIP Code

Recipient's relationship to debtor

---

## Part 5: Certain Losses

**10.  All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss  If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.  List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|
| 10.1.  Parts and tools | $22,000 received from insurance company | 11/1/2022 | 25,000 - 30,000 |

---

## Part 6: Certain Payments or Transfers

**11.  Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| 11.1.  Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| Polston Law | Attorney's Fee | 5/3/2023 | $3,500.00 |

Address

24031 El Toro Road, Suite 260
Street

The Law Office of Gary Polston

Laguna Hills, CA 92653
City                State        ZIP Code

Email or website address

gmp@polstonlaw.com

Who made the payment, if not debtor?

_____

Debtor    Bestiale LLC _____    Case number *(if known)* _____
      Name

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| 12.1. | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|-------|-------------------------|-----------------------------------|---------------------------|-----------------------|
|       | Trustee                 |                                   |                           |                       |

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| 13.1. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|-------|----------------------------|-----------------------------------------------------------------------------------|------------------------|-----------------------|
|       | Address                    |                                                                                   |                        |                       |
|       | Street                     |                                                                                   |                        |                       |
|       | City        State    ZIP Code |                                                                                |                        |                       |
|       | Relationship to debtor     |                                                                                   |                        |                       |

**Part 7:   Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | Dates of occupancy |
|---------|--------------------|
| 14.1.  8651 Washington Blvd<br>Street | From _____ To 09/01/2020 |
| Culver City, CA 90232<br>City        State    ZIP Code | |

Debtor    Bestiale LLC
_____    Case number (if known) _____
Name

<table>
<tr><td>Part 8:</td><td>Health Care Bankruptcies</td></tr>
</table>

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
—diagnosing or treating injury, deformity, or disease, or
—providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____<br><br>Facility name<br><br>_____<br>Street<br><br>_____<br>City     State     ZIP Code | _____<br><br>_____<br><br>Location where patient records are maintained (if different from facility address). If electronic, identify any service provider.<br><br>_____<br>_____ | _____<br><br><br>How are records kept?<br><br>*Check all that apply:*<br>☐ Electronically<br><br>☐ Paper |

<table>
<tr><td>Part 9:</td><td>Personally Identifiable Information</td></tr>
</table>

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.

☑ Yes. State the nature of the information collected and retained. As customer list _____

Does the debtor have a privacy policy about that information?

☑ No

☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.

☑ Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☑ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| Bestiale 401k Plan _____ | EIN: 8 1 – 3 3 1 8 0 4 6 |

Has the plan been terminated?

☑ No

☐ Yes

<table>
<tr><td>Part 10:</td><td>Certain Financial Accounts, Safe Deposit Boxes, and Storage Units</td></tr>
</table>

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

Debtor    Bestiale LLC                                                      Case number (if known)
         Name

**18.1** _____    XXXX– __ __ __ __    ☐ Checking    _____    _____
         Name                                              ☐ Savings

         _____                         ☐ Money market
         Street
                                                           ☐ Brokerage
         _____
                                                           ☐ Other
         _____                         _____
         City          State   ZIP Code

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____ | _____ | _____ | ☐ No |
| Name _____ | _____ | _____ | ☐ Yes |
| Street _____ | _____ | _____ | |
| _____ | Address | _____ | |
| City          State   ZIP Code | _____ | _____ | |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Extra Space Storage | Georgiev, Grigor Stoyanov | Specialty auto tools | ☑ No |
| Name | | | |
| 943 Hyde Park Blvd | _____ | _____ | ☐ Yes |
| Street | | | |
| | Address | _____ | |
| Inglewood, CA 90302 | 201 Preuss St. | | |
| City          State   ZIP Code | Los Angeles, CA 90034 | | |

---

**Part 11:  Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| Name | | | |
| _____ | _____ | _____ | |
| Street | | | |
| _____ | _____ | _____ | |
| City          State   ZIP Code | | | |

Official Form 207          **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**          page 9

Debtor    Bestiale LLC
     Name                                                     Case number *(if known)*

## Part 12:    Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

Report all notices, releases, and proceedings known, regardless of when they occurred.

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | ☐ Pending |
| | Name | | ☐ On appeal |
| Case number | Street | | ☐ Concluded |
| | City          State     ZIP Code | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City          State     ZIP Code | City          State     ZIP Code | | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City          State     ZIP Code | City          State     ZIP Code | | |

Debtor    Bestiale LLC _____    Case number (if known) _____
          Name

---

**Part 13:**    **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1. _____<br>Name<br><br>_____<br>Street<br><br>_____<br>City            State    ZIP Code | _____<br><br>_____ | EIN: __ __ – __ __ __ __ __ __ __<br><br>**Dates business existed**<br><br>From _____  To _____ |

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|
| 26a.1. _____<br>Name<br><br>_____<br>Street<br><br>_____<br>City            State        ZIP Code | From _____  To _____ |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|
| 26b.1. _____<br>Name<br><br>_____<br>Street<br><br>_____<br>City            State        ZIP Code | From _____  To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

Debtor    Bestiale LLC
_____
Name

Case number *(if known)* _____

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| **26c.1.** | |
| Name _____ | _____ |
| Street _____ | _____ |
| _____ | |
| City          State          ZIP Code | |

**26d.** List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|
| **26d.1.** |
| Name _____ |
| Street _____ |
| _____ |
| City          State          ZIP Code |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | _____ | _____ |

| Name and address of the person who has possession of inventory records |
|---|
| **27.1.** |
| Name _____ |
| Street _____ |
| _____ |
| City          State          ZIP Code |

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Georgiev, Grigor Stoyanov | 2011 Preuss St. Los Angeles, CA 90034 | CEO/member | 100.00% |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No

☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | | |

Official Form 207          **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**          page 12

Debtor    Bestiale LLC _____    Case number *(if known)* _____
                Name

| | From _____ |
|---|---|
| | To _____ |

## 30. Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. Georgiev, Grigor Stoyanov <br> Name <br><br> 201 Preuss St. <br> Street <br><br><br> Los Angeles, CA 90034 <br> City · State · ZIP Code | $70,501 is payments from 5/1/22 to present | | Salary and owners draw |

**Relationship to debtor**

Owner

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.2. Georgiev, Illyana <br> Name <br><br> 201 Preuss St. <br> Street <br><br><br> Los Angeles, CA 90034 <br> City · State · ZIP Code | $27,425 paid between 5/1/22 to present | | salary |

**Relationship to debtor**

Owner's spouse

## 31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | EIN: __ __ – __ __ __ __ __ __ __ |

## 32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | EIN: __ __ – __ __ __ __ __ __ __ |

## Part 14:  Signature and Declaration

Debtor ___Bestiale LLC_____    Case number *(if known)* _____
        Name

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____05/17/2023_____
              MM/  DD/  YYYY

X  _____        Printed name _____Grigor Georgiev_____
   Signature of individual signing on behalf of the debtor

Position or relationship to debtor _____Member / CEO_____

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**
☑ No
☐ Yes

## STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.    A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

n/a

2.    (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

3.    (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

4.    (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

n/a

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at _____ Laguna Hills _____ , California

Date: _05/17/2023_____

Signature of Debtor

_____
Signature of Joint Debtor

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                                F 1015-2.1.STMT.RELATED.CASES

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Central District of California

**In re**    Bestiale LLC

Case No. _____

**Debtor**

Chapter _____ 7 _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.    Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept ........................................................................................ _____ $3,500.00

Prior to the filing of this statement I have received ............................................................................ _____ $3,500.00

Balance Due ......................................................................................................................................... _____ $0.00

2.    The source of the compensation paid to me was:

☑ Debtor            ☐ Other (specify)

3.    The source of compensation to be paid to me is:

☑ Debtor            ☐ Other (specify)

4.    ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.    Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b.    Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

c.    Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following services:

B2030 (Form 2030) (12/15)

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

_____05/17/2023_____               _____

*Date*

                       Gary Polston
                       *Signature of Attorney*

Bar Number: 219992
Polston Law
The Law Office of Gary Polston
24031 El Toro Road, Suite 260
Laguna Hills, CA 92653
Phone: (714) 532-3901

Polston Law
_____

*Name of law firm*

Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address

Gary Polston
Bar Number: 219992
Polston Law
The Law Office of Gary Polston
24031 El Toro Road, Suite 260
Laguna Hills, CA 92653
Phone: (714) 532-3901
Email: gary@polstonlaw.com

FOR COURT USE ONLY

☑ *Attorney for:* Bestiale LLC _____

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

In re:
Bestiale LLC

Debtor(s).

CASE NO.: _____

ADVERSARY NO.: _____

CHAPTER: 7

Plaintiff(s),

**CORPORATE OWNERSHIP STATEMENT
PURSUANT TO RBP 1007(A)(1)
AND 7007.1, AND LBR 1007-4**

Defendant(s).

[No hearing]

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I, *(Printed name of attorney or declarant)* _____Gary Polston_____, the undersigned in the above-captioned case, hereby declare under penalty of perjury under the laws of the United States that the following is true and correct:

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.     I have personal knowledge of the matters set forth in this Statement because:

        ☐ I am the president or other officer or an authorized agent of the Debtor corporation

        ☐ I am a party to an adversary proceeding

        ☐ I am a party to a contested matter

        ☑ I am the attorney for the Debtor corporation

2.a.    ☑ The following entities, other than the Debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

        None

b.     ☐ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

Date:    05/17/2023     By:   _____
                                Signature of Debtor, or attorney for Debtor

                    Name:   _____ Gary Polston _____
                                  Printed name of Debtor, or attorney for Debtor

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                                Page 2                        **F 1007-4.CORP.OWNERSHIP.STMT**

United States Bankruptcy Court

Central District of California

In Re:

Case No:_____
Chapter:

## STATEMENT REGARDING CORPORATE RESOLUTION

I, Grigor Stoyanov Georgiev, declare under penalty of perjury that I am the CEO of Bestiale, LLC, a California Corporation and that on April 14, 2023 the following resolution was duly adopted by the Board of this Corporation:

"Whereas, it is in the best interest of this Corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 7 of Title 11 of the United States Code;

Be it Therefore Resolved, that Grigor Stoyanov Georgiev, CEO of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 7 voluntary bankruptcy case on behalf of the Corporation; and

Be it Further Resolved, that Grigor Stoyanov Georgiev, CEO of this Corporation, is authorized and directed to appear in all bankruptcy proceedings on behalf of the Corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Corporation in connection with such bankruptcy case; and

Be it Further Resolved that Grigor Stoyanov Georgiev, CEO of this Corporation, is authorized and directed to employ Gary Polston and to represent the Corporation in such bankruptcy case."

Executed on: May 18, 2023                Signed: _____

Grigor Stoyanov Georgiev, CEO

| Attorney or Party Name, Address, Phone & Fax Nos., State Bar No. & Email | FOR COURT USE ONLY |
|---|---|
| Gary Polston<br>Bar Number: 219992<br>Polston Law<br>The Law Office of Gary Polston<br>24031 El Toro Road, Suite 260<br>Laguna Hills, CA 92653<br>Phone: (714) 532-3901<br>Email: gary@polstonlaw.com<br><br><br>☐   *Debtor(s) appearing without an attorney*<br>☑   *Attorney for Debtor(s)* | |

## United States Bankruptcy Court
## Central District of California - Los Angeles Division

| In re:<br>Bestiale LLC | CASE NO.:<br><br>CHAPTER:   Chapter 7 |
|---|---|
| | **VERIFICATION OF MASTER<br>MAILING LIST OF CREDITORS**<br><br>**[LBR 1007-1(a)]** |
| Debtor(s). | |

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __3__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: __05/17/2023__

_____
Signature of Debtor 1

Date: __05/17/2023__

_____
Signature of Debtor 2 (joint debtor) (if applicable)

Date: __05/17/2023__

_____
Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2015*

**66 LLC**
c/o Jacob Azizi / Ara Tchaghlassian
4490 Ayers Ave
Los Angeles, CA 90058

**66 LLC**
c/o Jacob Azizi
4490 Ayers Ave
Los Angeles, CA 90058

**American Express**
PO Box Box 981535
El Paso, TX 79998

**Bank of America**
100 North Tyron St.
Charlotte, NC 28255

**Biberk**
1314 Douglas St. #1400
Omaha, NE 68102

**Chase**
PO Box Box 6185
Westerville, OH 43086

**Culver City Trash**
9770 Culver Blvd
Culver City, CA 90232

**Frontier**
401 Merritt Road
Norwalk, CT 06851

**Funding Circle**
707 17th St. 2200
Denver, CO 80202

**Golden State Water**
630 E. Foothill
San Dimas, CA 91773

**Grigor Stoyanov Gorgiev**
2011 Preuss St
Los Angeles, CA 90034

**Kukui**
319 E. Warm Springs Road 200
Omaha, NE 68102

**Robert Ferraro**
6814 Suva St.
Bell Gardens, CA 90201

**SBA EIDL**
409 3rd St. SW
Washington, DC 20416

**Southern California Edison**
4175 S. Laspina
Tulare, CA 93274

**US Bank**
200 South Sixth St.
Minneapolis, MN 55401

**WordPac**
37137 Hickory St
Newark, CA 94560